UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Shannon Binns, derivatively on behalf of Nominal Defendant Navarre Corp., | Civil No. 05-1191 (PAM/JSM) |
| Plaintiff, | **MEMORANDUM AND ORDER** |
| v. | |
| Charles Cheney, Keith Benson, Timothy Gentz, James Sippl, Tom Weyl, Brian Burke, John Turner, Steve Pritchitt, Dickson Wiltz, Edward Goetz, Michael Snow, Cory Deacon, Eric H. Paulson, James Gilbertson, and Navarre Corp. as Nominal Defendant, | |
| Defendants. | |
| Karel Filip, derivatively on behalf of Nominal Defendant Navarre Corp., | Civil No. 05-1216 (PAM/JSM) |
| Plaintiff, | |
| v. | |
| Charles Cheney, Keith Benson, Timothy Gentz, James Sippl, Tom Weyl, Brian Burke, John Turner, Steve Pritchitt, Dickson Wiltz, Edward Goetz, Michael Snow, Cory Deacon, Eric H. Paulson, James Gilbertson, and Navarre Corp. as Nominal Defendant, | |
| Defendants. | |
| Jeffrey Evans, on behalf of Navarre Corp., | Civil No. 05-1818 (PAM/RLE) |
| Plaintiff, | |

v.

Eric H. Paulson, James G. Gilbertson,
Brian M.T. Burke, Cary L. Deacon, Keith
A. Benson, Charles E. Cheney, Timothy R.
Gentz, Tom Weyl, Dickinson G. Wiltz,
James G. Sippl, Michael L. Snow, and
Alfred Teo,

                Defendants.

---

Joan M. Brewster, derivatively on behalf
of Navarre Corp.,

                Plaintiff,

v.

Eric H. Paulson, James G. Gilbertson,
Brian M.T. Burke, Cary L. Deacon, Keith
A. Benson, Charles E. Cheney, Timothy R.
Gentz, Tom F. Weyl, Dickinson G. Wiltz,
James G. Sippl, Michael L. Snow, and
Alfred Teo,

                Defendants.

Civil No. 05-2044 (PAM/RLE)

---

William Block, derivatively on behalf of
Navarre Corp.,

                Plaintiff,

v.

Eric H. Paulson, James G. Gilbertson,
Brian M.T. Burke, Cary L. Deacon, Keith
A. Benson, Charles E. Cheney, Timothy R.
Gentz, Tom F. Weyl,

Civil No. 05-2067 (PAM/RLE)

3

Dickinson G. Wiltz, James G. Sippl,
Michael L. Snow, Alfred Teo, and Navarre
Corporation as Nominal Defendant,

                      Defendants.

---

This matter is before the Court on Plaintiffs Evans, Brewster, and Block's request to file a Reply in support of their Motion to Consolidate All Related Shareholder Derivative Actions and Appoint a Leadership Structure for Plaintiffs. The Court will permit the Reply, but no further replies or sur-replies will be allowed. Furthermore, the Court will not hear oral argument on the Motion.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs Evans, Brewster, and Block's request to file a reply memorandum is **GRANTED**, and the Reply must be filed by November 21, 2005.

Dated:  November 11 , 2005

                                                                           s/Paul A. Magnuson
                                                                           Paul A. Magnuson
                                                                           United States District Court Judge